AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:24-mj-191 |
| David Mullsteff, (DOB: XXXXXXXXX) | ) | Assigned To : Judge G. Michael Harvey |
| Eric Oliver, (DOB: XXXXXXXXX) | ) | Assign. Date : 5/31/2024 |
| Brandon Pettit, (DOB: XXXXXXXXX) | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____January 6, 2021____ in the county of _____ in the _____ in the District of ____Columbia____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | - Entering or Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) | - Disorderly or Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly Conduct in a Capitol Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(G) | - Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ____05/31/2024____          _____
                                                          *Judge's signature*

City and state:   ____Washington, D.C.____     G. Michael Harvey, U.S. Magistrate Judge
                                                                          *Printed name and title*