**STATEMENT OF FACTS**

Your affiliate, ███████, is a Special Agent assigned to the Federal Bureau of Investigation (FBI). Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary, and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

1

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *Facts Specific to this Case*

On January 6, 2021, multiple news agencies around the country were reporting on the events unfolding at the US Capitol. A Cable News Network (CNN) broadcast appeared to show images from the Capitol and showed a white male wearing a red or maroon jacket, plaid scarf, and black backpack, exiting the U.S. Capitol. As detailed below, this individual was later identified as David Mullsteff ("Mullsteff"). A still image from the CNN broadcast is below as Image #1:



*Image #1 David Mullsteff Exiting the U.S. Capitol*

On January 8, 2021, the FBI National Threat Operations Center received a tip that identified Mullsteff of Glen Allen, Virginia as having participated in the intrusion of the U.S. Capitol building on January 6, 2021. The tip also stated that Mullsteff owned CablesPlus USA.

CablesPlus USA is a business located in Richmond, Virginia. An open-source internet review of the business website showed Mullsteff as the president and owner and provided his contact information.

### **Interview with David Mullsteff**

On January 15, 2021, FBI Special Agents arrived at CablesPlus USA, in Richmond, Virginia. Mullsteff was present and voluntarily agreed to be interviewed by the agents. During the interview, Mullsteff admitted that he entered the U.S. Capitol Building on January 6, 2021.

Mullsteff stated that he traveled to Washington, D.C. from Richmond, Virginia, with two other men, Brandon Pettit ("Pettit") and Eric Oliver ("Oliver"). Mullsteff stated they came to Washington, D.C. on the morning of January 6, 2021, to attend the Stop the Steal Rally. Mullsteff stated that they first went to the "White House." Mullsteff described that a large crowd began moving towards the Capitol from the "White House," and he followed. The three men became separated while walking to the Capitol but re-convened prior to entering the Capitol building. Once Mullsteff arrived at the Capitol, he stated the chaos had already ensued. Mullsteff stated he observed people with flags standing on the "balcony" of the Capitol building, heard banging noises and saw tear gas in the air. Mullsteff told agents he then went up the steps to a side entrance that appeared calm to see what was going on there. Mullsteff admitted that he entered the Capitol building, fist bumped multiple police officers and then left the building. During the interview, Mullsteff advised on January 6, 2021, he wore a maroon jacket, scarf and was carrying a black backpack.

During the second interview of Mullsteff, he was shown Image # 2, after which Mullsteff responded, "that's us walking."



*Image # 2 Oliver, Mullsteff, and Pettit at First Street SE and East Capitol Street*

### Interview with Brandon Pettit

On May 24, 2021, FBI Special Agents, arrived at Pettit's residence where he voluntarily agreed to be interviewed. During the interview, Pettit positively identified Oliver and Mullsteff after being shown the Virginia Driver's License photographs of each man. Pettit said the men came to Washington, D.C. to attend the Stop the Steal Rally. He stated that he, Mullsteff, and Oliver first went to hear President Trump speak. After President Trump's speech concluded, they began walking towards the Capitol building.

Once at the Capitol building Pettit said that he observed people up on the "balcony" of the Capitol, and that Mullsteff wanted to go up to the Capitol building. Pettit stated that Oliver became separated from the group for a period of time, but later reconnected with him and Mullsteff. Pettit said that it was crowded in the Capitol building and there was a long line to go inside. Pettit advised that he, Mullsteff, and Oliver entered the building together and were inside the building for approximately five minutes.

On February 7, 2022, during a second interview, Pettit identified himself in Image #2 above. Pettit also identified Mullsteff in the photograph. Pettit was not able to positively identify Oliver in the photograph due to the person wearing a mask; however, he stated that the individual circled in red in Image #2 is probably Oliver.

### Interview with Eric Oliver

On May 25, 2021, FBI Agents arrived at Oliver's residence where they met Oliver. Oliver voluntarily agreed to be interviewed. During the interview, Oliver admitted that he entered the U.S. Capitol building on January 6, 2021. Oliver stated that he traveled to Washington D.C. on the morning of January 6th with David Mullsteff and Brandon Pettit. During the interview, Oliver positively identified Pettit and Mullsteff after being shown their Virginia driver's license photographs. Oliver stated he first went to the area where President Trump was speaking but later walked to the Capitol with Mullsteff and Pettit. Oliver stood with Mullsteff and Pettit for approximately one and a half to two hours watching the events unfold.

Oliver stated he observed people up on the "balcony" of the Capitol and was curious about what was happening. Oliver stated that he then moved towards the "left" side of the building where he observed someone appearing to steal a coat rack. Oliver also stated that he heard someone yelling "ya'll killed her". Oliver stated that he, Mullsteff, and Oliver saw an open door and went inside. Oliver estimated that he was inside the building for one or two minutes.

In a subsequent interview, Oliver identified himself in Image # 2 above.

### Mullsteff, Pettit, and Oliver's Entry into the U.S. Capitol

An FBI Agent that participated in the interviews of Mullsteff, Oliver and Pettit viewed surveillance footage from inside the Capitol building on January 6, 2021. At approximately 3:21 p.m., the FBI agent recognized Mullsteff, Oliver and Pettit inside the U.S. Capitol as shown below in Image #3. Mullsteff and Pettit's faces are visible in the video. Oliver is wearing a mask, but can be identified by his distinctive clothing including the logos on his sweatshirt and beanie, his tan backpack, and the type of facemask he is wearing.

As Mullsteff and Oliver entered the Senate Wing door, I observed two windows on either side of the door appeared to be broken and the glass shattered. CCTV footage also showed multiple people using one of the broken windows as an exit point and the second window barricaded from the inside using wooden tables.

4



*Image # 3 Mullsteff, Oliver and Pettit entering the Senate Wing Door*

While inside the Capitol, Mullsteff appeared to "fist-bump" a few police officers. Mullsteff also appeared to record on his phone before exiting through the Senate Wing Door at approximately 3:24 p.m. as shown below in Images #4 and #5.



*Image # 4 Mullsteff Recording on his Cell Phone inside the Capitol*



*Image # 5 Mullsteff Exiting the Capitol*

Oliver is shown on surveillance video inside the Capitol moving from the lobby area into a hallway which leads to further interior portions of the Capitol building. Oliver then turns around and returns to the lobby area as shown in Image # 7.



*Image # 6 Oliver Walking Down Hallway Toward the Crypt*

6

Oliver turned around and returned to the Senate Wing Door area and held up what appeared to be a cell phone and appeared to take a video. Prior to exiting, Oliver again appeared to hold the cell phone up above the crowd, turns it horizontally and appears to take a photo of police officers blocking a hallway as shown below in Image # 7.



*Image # 7 Oliver Filming or Photographing on his Cell Phone*

Oliver exited the Senate Wing Door near at approximately 3:26pm as shown below in Image # 8.



*Image # 8 Oliver Exiting the U.S. Capitol*

Pettit stayed close to the Senate Wing Door and appeared to record on his cell phone, before exiting after about one minute inside as shown below in Images # 9.



*Image # 9 Pettit Recording on his Cell Phone Inside the U.S. Capitol*

Based on the foregoing, I submit that there is probable cause to believe that David Mullsteff, Eric Oliver, and Brandon Pettit violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of

Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

I also submit there is also probable cause to believe that David Mullsteff, Eric Oliver, and Brandon Pettit  violated 40 U.S.C. § 5104(e)(2) (D), which makes it a crime to utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 31st day of May 2024.

_____
HONORABLE G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

9