AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>David Mullsteff<br><br>*Defendant* | ) Case: 1:24-mj-191<br>) Assigned To : Judge G. Michael Harvey<br>) Assign. Date : 5/31/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   David Mullsteff
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds.
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds.
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   05/31/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5-31-2024, and the person was arrested on *(date)* 6-3-2024
at *(city and state)* Richmond, Virginia

Date:   6-3-2024

*Arresting officer's signature*

SA Jamil Johnson
*Printed name and title*

Richmond

CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: SPEIGHT
REPORTER: FTR
DOCKET NO. 3:24mj49-02
DATE: 6/3/24

UNITED STATES OF AMERICA
v.
COUNSEL

1. David Mullsteff
1. Elliott Bender

**APPEARANCES:** GOVERNMENT  Janet Lee  (✓)
DEFENDANT WITH COUNSEL (✓)  DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )  DEFENDANT INCARCERATED (✓)  BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL (✓)  ARRAIGNMENT ( )  REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( )  DETENTION ( )  MOTIONS ( )  OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: 6/3/24  GOVT'S MOTION TO UNSEAL ( )
INITIAL APPEARANCE (✓) Rule 5
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )
GOVT SUMMARIZED CHARGES (✓)  DEFT. ADVISED OF RULE 5 RIGHTS (✓)
FINANCIAL AFFIDAVIT ( )  COUNSEL TO BE APPOINTED ( )
DEFT TO RETAIN COUNSEL (✓) Elliott Bender appt for RVA hearings.
GOVT'S MOTION TO DETAIN DEFT ( )  ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( )  DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( )  DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )  FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )  PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( )  GOVT ( )  DEFT ( )  DEFT REMANDED ( )
WITNESS(ES) _____

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( )  DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )  FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )  DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( )  FLIGHT RISK ( )  DANGER ( )
DEFENDANT RELEASED ON PR BOND ( )  ELECTRONIC MONITORING ( )
3rd PARTY CUSTODIAN ( )  MOTION FOR CONTINUANCE ( )  GOVT ( )  DEFT ( )
DEFT REMANDED ( )  GOVT NOT SEEKING DETENTION ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
WITNESS(ES) Waived Rule 5 hearings in EDVA
Deft released on bond w/ added conditions

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(f) ( )

**CASE CONTINUED TO:** June 18, 2024 @ 12:30pm. FOR _____
via Zoom

CASE SET:   BEGAN: 3:03pm   ENDED: 3:23pm   TIME IN COURT: 20 min.
2:05pm

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | ) | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3:24-MJ-00~~49~~-02 (SLS) |
| | ) | |
| DAVID MULLSTEFF | ) | Charging District's Case No.   1:24-mj-191 (GHM) |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* UNITED STATES DISTRICT COURT for the DISTRICT OF COLUMBIA.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[~~☒~~] an identity hearing and production of the warrant.

[~~☒~~] a preliminary hearing.

[~~☒~~] a detention hearing.

[☒] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   6/3/2024

*Defendant's signature*

*Signature of defendant's attorney*

Elliott Bender

*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**DAVID MULLSTEFF**<br>*Defendant* | )<br>)<br>)    Case No.   3:24-MJ-0049-02 (SLS)<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

     The defendant must appear at:      United States Courthouse
     *Place*
     VIA ZOOM

     on      6/18/2024 12:30 pm
     *Date and Time*

If blank, defendant will be notified of next appearance.

\*\*\***ANY TIMES AS DIRECTED BY THE COURT, ATTORNEY, OR PRETRIAL/PROBATION**\*\*\*

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                    Page __2__ of __4__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* ___on file with Pretrial___
City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
                    Custodian                    Date

(✓) (7) The defendant must:
  (✓) (a) submit to supervision by and report for supervision to the ___Probation and Pretrial Services Office___,
        telephone number ___804-916-2500___, no later than ___today, prior to exiting the courthouse___.
  ( ) (b) continue or actively seek employment.
  ( ) (c) continue or start an education program.
  ( ) (d) surrender any passport to: ___Pretrial Services or your attorney___
  ( ) (e) not obtain a passport or other international travel document.
  ( ) (f) abide by the following restrictions on personal association, residence, or travel: ___No travel outside of the Commonwealth of Virginia___
        without the permission of the Court or Pretrial Services.
  (✓) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
        including: ___co-defendant, co-conspirator, informant, juror, grand juror, officer or agent of the US, local law enforcement officer, or any person defendant suspects___
        is acting in those capacities without permission of the Court. Defendant may meet with AUSA on advice of counsel.
  ( ) (h) get medical or psychiatric treatment: ___Submit to mental health evaluation and comply with any recommended treatment, if directed.___
  ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
        or the following purposes: _____
  ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  (✓) (k) not possess a firearm, destructive device, or other weapon.
  ( ) (l) not use alcohol ( ) at all ( ) excessively.
  ( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
      ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
      ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
      ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
      ( ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
        Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
  ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  ( ☐ ) (ii) Voice Recognition; or
  ( ☐ ) (iii) Radio Frequency; or
  ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) maintain contact with your attorney. If you are found guilty or plead guilty you must report to a probation officer for the purpose of preparation of a presentence report. In the event you are found guilty or plead guilty, you must be prepared to go immediately to jail if the law so requires or if the court determines in light of your conviction that detention is appropriate.

☑ (u) Stay away from DC unless for Court, Pretrial or consultation with attorney. All other visits to DC must be approved by Pretrial Services.

☑ (v) Report to Pretrial Services from home Jurisdiction as directed and verify address if they have not already done so.

☑ (w) Participate in all future proceedings as directed.

☑ (x) No travel outside of the continental US without Court approval.

☑ (y) Advise Pretrial Services of any travel within the US outside of home jurisdiction or North Carolina.

☑ (z) All firearms, destructive devices or other weapons must be removed from his home by end of day on June 4, 2024.

☑ (aa) The defendant shall not discuss the facts of this case with codefendants.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Glen Allen, VA
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 6/3/2024

/s/
*Judicial Officer's Signature*

Summer L. Speight, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

CLOSED

# U.S. District Court
# Eastern District of Virginia - (Richmond)
# CRIMINAL DOCKET FOR CASE #: 3:24-mj-00049-SLS-2

Case title: USA v. Pettit et al

Date Filed: 06/03/2024

Date Terminated: 06/03/2024

Assigned to: Magistrate Judge Summer L. Speight

**Defendant (2)**

**David Mullsteff**
*TERMINATED: 06/03/2024*

represented by **Elliott Bruce Bender**
6 West Broad Street
Richmond, VA 23220
(804) 648-8000
Email: benderslaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

**USA**

represented by **Janet Jin Ah Lee**
United States Attorney's Office (Richmond)
SunTrust Building

919 East Main Street
Suite 1900
Richmond, VA 23219
(804) 819-5472
Fax: (804) 771-2316
Email: Janet.Lee@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2024 |  | Arrest of David Mullsteff in Eastern District of Virginia - Richmond Virginia. (smej, ) (Entered: 06/04/2024) |
| 06/03/2024 | 5 | Arrest on Rule 5 Warrant Returned Executed on 6/3/2024 in case as to David Mullsteff. (smej, ) (Entered: 06/04/2024) |
| 06/03/2024 | 6 | Minute Entry for proceedings held before Magistrate Judge Summer L. Speight: Initial Appearance in Rule 5(c)(3) Proceedings as to David Mullsteff held on 6/3/2024. Govt summarized charges; Deft advised of rights; Deft did NOT submit a financial affidavit; CJA Elliott Bender appointed for Richmond hearings only; Deft to retain counsel for DC case; Deft submitted Waiver of Rule 5 Hearings; Govt not seeking detention; Deft released on bond; Deft provided ZOOM link to appear in charging district on 6/18/2024 at 12:30 p.m. (FTR) (smej, ) (Entered: 06/04/2024) |
| 06/03/2024 |  | CJA 20 as to David Mullsteff: Appointment of Attorney Elliott Bruce Bender. (smej, ) (Entered: 06/04/2024) |
| 06/03/2024 | 7 | WAIVER of Rule 5 Hearings by David Mullsteff. (smej, ) (Entered: 06/04/2024) |
| 06/03/2024 | 8 | ORDER Setting Conditions of Release as to David Mullsteff. Signed by Magistrate Judge Summer L. Speight on 6/3/2024. (smej, ) (Entered: 06/04/2024) |
| 06/03/2024 |  | Electronic Notice to District Court for the District of Columbia of a Rule 5 transfer as to Brandon Pettit, David Mullsteff, and Eric Oliver. Emailed on 6/4/2024. (smej, ) (Entered: 06/04/2024) |
| 06/05/2024 | 13 | Pretrial Services Post Bond REPORT (Initial Pretrial Services Post Bond Report) (SEALED - government and defense counsel) as to David Mullsteff. (Geurts, Sami) (Entered: 06/05/2024) |
| 06/06/2024 | 14 | Addendum to Pretrial Services Bond Report (Sealed Document) as to David Mullsteff (Geurts, Sami) (Entered: 06/06/2024) |